UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| BLADE J. REED, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | Case No. 3:17-CV-724-JD-MGG |
| WARDEN, | ) ) ) | |
| Respondent. | ) | |

OPINION AND ORDER

Blade J. Reed, a prisoner without a lawyer, filed a habeas corpus petition challenging his prison disciplinary hearing in CIC 16-10-322 where a Disciplinary Hearing Officer (DHO) at the Correctional Industrial Facility found him guilty of threatening in violation of B-213 on November 18, 2016. ECF 1 at 1. As a result, Reed was sanctioned with the loss of 30 days earned credit time and demoted from Credit Class 1 to Credit Class 2. *Id*.

After Reed filed his petition, the finding of guilt and sanctions were vacated. ECF 9-6. The Warden has filed a motion to dismiss because this case is now moot. ECF 9. Reed did not file a response and the time for doing so has passed. *See* N.D. Ind. L. Cr. R. 47-2. Regardless, the court cannot overturn the disciplinary proceeding and restore his time because the Indiana Department of Correction has already vacated the proceeding and restored his time. That is to say, Reed has already won and there is no case left for this court to decide. Accordingly, this case must be dismissed. *See Hadley v. Holmes*, 341 F.3d 661, 664 (7th Cir. 2003) (prisoner can challenge prison disciplinary

determination in habeas proceeding only when it resulted in a sanction that lengthened the duration of his confinement).

For these reasons, the motion (ECF 9) is GRANTED and the case is DISMISSED. The clerk is DIRECTED to close this case.

SO ORDERED on March 20, 2018.

>     /s/ JON E. DEGUILIO
> JUDGE
> UNITED STATES DISTRICT COURT